

**Error Messages**

Special thanks to NYWD, NVB, INSD, CACD, AREB, NYND, NYED, DEB and IAND

**Error 23:**  Error opening a needed file - check for full file systems.

**Error 24:**  A generic error for not being able to communicate to the Informix database - check the status of the Informix engine - also check the server log for additional information.

**Error 25:**  An error has occurred while trying to retrieve a value from the counter record using the external program../support/UptCoutner.  Check status of Informix engine (check for a locked table) - check that the program UptCounter

**Error 26:**  ErrNoFindList  - nothing in the list column... or can't find a match in the codes table

**Error 28:**   ErrLookUpLocation - Error loading data from the codes table where co_type = location.. Make sure entry exists in codes table

**Error 29:**  ErrInsDocText - Error inserting a record into the dkttext record.  Check Informix status.

**Error 30 & 31:** ErrMotionUpdate - Error updating a record in the motion table. Check Informix status.

**Error 32, 33, & 34:** ErrDktText - Error retrieving a record from the dkttext table.  Either missing record or db error.

**Error 35:**  ErrSelectDktType - Error retrieving a record from the document_type record. Either missing record doctype or db error.

**Error 36:**  Error updating a record in the dktpart table. Check transaction log.

**Disclaimer:**

The solutions listed in this document are reported to have worked in other courts.  This, however, does not mean the solution will accurately fix your problem.  Your mileage may vary.  Caveat Emptor.



**Error Messages**

Special thanks to NYWD, NVB, INSD, CACD, AREB, NYND, NYED, DEB and IAND

**Error 37:**  ErrSelectOrderAct - Error retrieving a record from the order_action table. Check for weird characters in the order_action definition that failed.

**Error 38:**  ErrInsertDktPart - Error inserting a record into the dktpart record.

**Error 39 & 40:** ErrInsertSchedule Error inserting a record into the schedule record.

**Error 41:**  ErrCreateMemory - Error creating a internal data structure. This will mean that the system has run out of usable memory. Check for a runaway process. May need to restart server to kill the processes.

**Error 43:**  ErrInsertDktEntry - Error inserting a record into the dktentry record.

**Error 44:**  ErrSelectPerson - Error retrieving a record form the person table.

**Error 45:**  ErrNoDefinedField - Application Error (html form error) - a expected field value is not defined or   #2-PreProcess Party line: The person id doesn't match the system person id.

**Error 46:**  ErrInsertParty - Error inserting a record into the party record.

**Error 47:**  ErrInsertAtty - Error inserting a record into the attorney record.

**Error 48:**  ErrInserDocument - Error inserting a record into the document record.

**Solution:**  Document table is full.  CopyDocs needs to be run and/or you need to add another chunk to your Informix instance.

**Error 49:**  ErrUpdateDocument - Error updating a record in the document table.

**Disclaimer:**

The solutions listed in this document are reported to have worked in other courts.  This, however, does not mean the solution will accurately fix your problem.  Your mileage may vary.  Caveat Emptor.



**Error Messages**

Special thanks to NYWD, NVB, INSD, CACD, AREB, NYND, NYED, DEB and IAND

Error 50:  ErrInsertProfFee - Error inserting a record into the prof_fee record.

Error 52:  ErrBegin Work - Could not connect to the database.  Check database name (port)

Error 53:  ErrCommitWork - Could not commit transaction to database. Check database status (Status of logical logs)

Error 55 & 56:  ErrInsertAtyPerso - Error inserting a record into the person record.

Error 57:  ErrInsertAppearance - Error inserting a record into the appearance list record.

Error 58:  ErrInsertTransaction - Error inserting a record into the transaction record.

Error 59:  ErrInsertTransfer - Error inserting a record into the transfer record.

Error 60:  EinsertLog - Error inserting a record into the log record. Check database status.

Error 61:  ErrNoFindDocument - Error retrieving a record from the document, dktentry record based on the document_num

Error 62:  ErrAnswerInser - Error inserting a record into the answer record.

Error 62:  TcpAnswer An Internal Error has occurred the error code is 62 .

Solution: Remove the alias, docket the complaint and then add the alias back in.

**Disclaimer:**

The solutions listed in this document are reported to have worked in other courts.  This, however, does not mean the solution will accurately fix your problem.  Your mileage may vary.  Caveat Emptor.



**Error Messages**

Special thanks to NYWD, NVB, INSD, CACD, AREB, NYND, NYED, DEB and IAND

**Error 62:**  When docketing a 'Complaint', by choosing 'All defendants' as a group for 'against' instead of choosing individual names.

**Solution:**  Do not choose 'all defendants'. Choose individual name for defendant. But can choose 'All plaintiffs'.

**Error 62:**  When docketing 'Counterclaim', 'Crossclaim', 'Third party complaint' together, by choosing the same party twice (because a party is listed as a plaintiff and third party def) by highlighting all names.

**Solution:**  Choose the party only once.

**Error 63:**  ErrMissing NeededParam - Application error. A required form field is missing.

**Error 64:**  ErrInserFiler - Error inserting a record into the filer record.  Most likely cause is filer is in the case more than once with two different role types and someone is trying to file on behalf of both roles at the same time.

**Error 66:**  ErrInserDeadLine - Error inserting a record into the deadline record.

**Error 74:**  Is a generic error.  It will usually point to the doctype table as there is something incorrect.

**Error 74:**  An Internal Error has occurred the error code is 74. : ProcessDpListOptions

**Solution:**  While docketing an answer to the complaint; do not select the blank line for Jury Demand.

**Disclaimer:**

The solutions listed in this document are reported to have worked in other courts.  This, however, does not mean the solution will accurately fix your problem.  Your mileage may vary.  Caveat Emptor.



**Error Messages**

Special thanks to NYWD, NVB, INSD, CACD, AREB, NYND, NYED, DEB and IAND

Error 74:  When docketing "Transfer from other District Court" the "Highest Document Number" was left blank.

Solution:  Either enter the natural number of 0 at the "Highest Document Number".

Error 79:   Deadlines don't match

**Generic Error Messages:**

Cause:  Error in format of defendants

Solution:  While docketing criminal charges, do not press the "enter" key while typing in additional citation text.

**Disclaimer:**

The solutions listed in this document are reported to have worked in other courts.  This, however, does not mean the solution will accurately fix your problem.  Your mileage may vary.  Caveat Emptor.