Dell™ PowerEdge™ Systems

# Installing Broadcom NetXtreme II Drivers and TOE

安装 Broadcom NetXtreme II 驱动程序和 TOE

Installation de pilotes Broadcom NetXtreme II et du moteur TOE

Installation von Broadcom NetXtreme II-Treibern und TOE

Broadcom NetXtreme II のドライバと TOE のインストール

Broadcom NetXtreme II 드라이버 및 TOE 설치

Instalación de los controladores Broadcom NetXtreme II y TOE



Dell™ PowerEdge™ Systems

# Installing Broadcom NetXtreme II Drivers and TOE



# Notes, Notices, and Cautions

 **NOTE:** A NOTE indicates important information that helps you make better use of your computer.

 **NOTICE:** A NOTICE indicates either potential damage to hardware or loss of data and tells you how to avoid the problem.

 **CAUTION: A CAUTION indicates a potential for property damage, personal injury, or death.**

---

**Information in this document is subject to change without notice.**
**© 2008 Dell Inc. All rights reserved.**

Reproduction of these materials in any manner whatsoever without the written permission of Dell Inc. is strictly forbidden.

Trademarks used in this text: *Dell*, the *DELL* logo, and *PowerEdge* are trademarks of Dell Inc.; *Microsoft*, *Windows,* and *Windows Server* are either trademarks or registered trademarks of Microsoft Corporation in the United States and/or other countries.

Other trademarks and trade names may be used in this document to refer to either the entities claiming the marks and names or their products. Dell Inc. disclaims any proprietary interest in trademarks and trade names other than its own.

**July 2008**     **P/N HM430**     **Rev. A04**

This document provides important information about installing Broadcom NetXtreme II drivers and also describes known limitations of the driver set under various conditions. For further information about the Broadcom drivers, see the **release.txt** file on the driver CD or in the downloadable Broadcom driver package.

This document also provides information about installing and enabling the TCP/IP Offload Engine (TOE) feature on your system and provides important information about using TOE. For more information on TOE, see the Power Solutions white paper "*Boosting Data Transfer with TCP/IP Offload Engine Technology*" on **support.dell.com**.

# Installing the Broadcom Drivers in Microsoft® Windows®

To install the Broadcom driver package (NetXtreme version 10.5 or later and NetXtreme II version 3.5 or later), run the **setup.exe** file that is provided by Dell™ with the driver package. The Broadcom installer installs all of the available package features by default. The **setup.exe** file can be accessed by any of the following methods:

- On the *Broadcom Driver Installation* CD that shipped with your system, the **setup.exe** file is located in the **Driver_Management_Apps_Installer** subdirectory under the directory of the version of Microsoft Windows you are using.

- In Common Deploy and Update (CDU), the Broadcom driver package and **setup.exe** are located on the *Service Mode* CD.

- If you have downloaded the Broadcom driver package from **support.dell.com,** uncompress the downloaded file and locate the **setup.exe** file in the extracted directory. The **setup.exe** file is the preferred method for installing the drivers on a local system. However, if you need to install the drivers using the Windows Plug and Play method, you can extract the drivers from the installer file by running `setup.exe /a` and specifying a directory for the extracted files.

# Requirements for TOE

The following hardware and software components are required to use TOE on your TOE-capable system:

- Broadcom NetXtreme II-based networking device, drivers, and control suite software.

   **NOTE:** Currently, Broadcom 10GbE devices do not support TOE.

- Microsoft Windows Server® 2003 operating system family (32-bit or 64-bit) updated to Service Pack 1 or later.

- *Additional if you are running Microsoft Windows Server 2003 with Service Pack 1:* Microsoft Windows Server 2003 Scalable Networking Pack (SNP) hotfix. For more information on the SNP hotfix, see Knowledge Base article 912222 available on the Microsoft support web site.

   **NOTE:** SNP is already included in Microsoft Windows Server 2003 with Service Pack 2.

Dell™ PowerEdge™ servers with Broadcom 5708/5709 LOM devices come standard with TOE enabled. See your system documentation to find out if your system supports TOE.

# Installing, Enabling, and Disabling TOE

If you have not already done so, install the Broadcom driver package by running the **setup.exe** file included in the Broadcom driver package. See "Installing the Broadcom Drivers in Microsoft® Windows®" earlier in this document for more information.

The SNP hotfix is only required for Windows 2003 Service Pack 1. You can download the hotfix from the Microsoft support web site. To begin the installation, double-click the hotfix executable file and follow the on-screen instructions. TOE is enabled by default once all the required components are installed.

 **NOTE:** Features of the driver package can be deselected, but you must install the Broadcom Advanced Control Suite (BACS) application to configure and control TOE settings.

TOE is disabled through BACS (recommended), the **netsh** command, or by registry change. For information on using BACS, see the *Broadcom NetXtreme II User's Guide* on the *Dell Documentation* CD, the *Broadcom Driver* CD, or available at **support.dell.com**.
See **http://support.microsoft.com/kb/912222** for more information on using the **netsh** command and registry changes to disable TOE.

If you need to turn off default SNP features in Windows Server 2003 or Windows Small Business Server 2003, an update to enable this function is available at **http://support.microsoft.com/kb/948496**.

# Microsoft Updates for TOE

The following issues pertaining to TOE are documented on Microsoft's online knowlege-base web site:

- If you cannot host TCP connections when Receive Side Scaling is enabled, see **http://support.microsoft.com/kb/927695**.

- If TCP traffic stops after you enable both receive-side scaling and Internet Connection Sharing in Windows Server 2003 with Service Pack 1, see **http://support.microsoft.com/kb/927168**.

- If operation stops when synchronizing databases between two instances of Microsoft SQL Server 2005 Analysis Services when TCP Chimney Offload technology is enabled, see **http://support.microsoft.com/kb/947065**.

- If you receive a general network error, communication link failure, or transport-level error when an application connects to SQL Server on a Windows Server 2003 system, see **http://support.microsoft.com/kb/942861**.

- If a system running Windows Server 2003 stops responding during shutdown after installing SNP, see **http://support.microsoft.com/kb/940202**.

- If a stop error message is issued when a system with a TOE-enabled adapter is running under low resources in Windows Server 2003, see **http://support.microsoft.com/kb/945466**.

- If an application stops responding or a read error is issued on a system running Windows Server 2003 that also has a TCP Chimney Offload network adapter, see **http://support.microsoft.com/kb/947775**.

- If a stop error message is issued when you perform a file operation on a system running Windows Server 2003 that has IPv6 installed, see **http://support.microsoft.com/kb/942088**.

- If a system running Windows Server 2003 with the TCP Chimney feature enabled restarts unexpectedly followed by a stop error message, see **http://support.microsoft.com/kb/949234**.

- If your system experiences reduced memory performance when you use the **sockdie** process with the **-maxtput** switch, see **http://support.microsoft.com/kb/918369**.

- If your system is running Windows Server 2003 and it stops responding when you try to enter the system into S4 system power state for hibernation, see **http://support.microsoft.com/kb/927622**.

- If a stop error message is issued after you install Windows Server 2003 SNP, see **http://support.microsoft.com/kb/918564**.

- If you experience a problem with a network application that uses NetBT after you have installed Windows Server 2003 SNP, see **http://support.microsoft.com/kb/924325**.

- If failover does not occur on network adapters teamed for TCP Offloading on a Windows Server 2003 system, see **http://support.microsoft.com/kb/921136**.

- If an error message is issued after you install Windows Server 2003 SNP and then change the network settings, see **http://support.microsoft.com/kb/919948**.

- If you experience network-related problems after you install Windows Server 2003 SP2 or Windows Server 2003 SNP, see **http://support.microsoft.com/kb/936594**.

- If users experience delayed logins when Password Management features are enabled in ISA Server 2006, see **http://support.microsoft.com/kb/555958**.

# Windows Remote Installation Services and Unattended Installation

Because of the unique architecture of Broadcom NetXtreme II devices, there are new process considerations when using the drivers in conjunction with WinRE, WinPE, PXE, RIS and ADS. Dell has provided a specialized driver to enable complete Remote Installation Services (RIS), WinRE, WinPE, PXE, and ADS installation of all the drivers and applications in the Broadcom driver package. For more information, see the document entitled *Best Practices for Installation of Microsoft Windows on Dell Servers with Broadcom NetXtreme Devices* on the *Broadcom Driver* CD.

# Firewalls and TOE

Installing or activating firewall applications disables TOE for all TOE-enabled NICs in a system. A firewall application must examine all incoming packets and frames to implement its protection mechanisms. This firewall function is incompatible with the packet-offload operation of TOE.

# Windows Network Bridging, VPN, and Routing With TOE

If you enable certain networking components in Windows such as VPN, bridging, or routing services, the Windows operating system also enables IP NAT and IPSEC Policy Agent by default. TOE will not function with these services and disabling these services is not enough to re-enable TOE. You must turn off IP NAT and IPSEC Policy Agent before TOE will function. Use the following commands at a command prompt to turn off IP NAT and IPSEC Policy Agent.

```
net stop accesspolicy <Enter>

net stop sharedaccess <Enter>

net stop ipnat <Enter>
```

# Dell™ PowerEdge™ 系统

# 安装 Broadcom NetXtreme II 驱动程序和 TOE



# 注、注意和警告

**注：** "注"表示可以帮助您更好地使用计算机的重要信息。

**注意：** "注意"表示可能会损坏硬件或导致数据丢失，并告诉您如何避免此类问题。

**警告：** "警告"表示可能会出现导致财产损失、人身伤害甚至死亡的情况。

本说明文件中的信息如有更改，恕不另行通知。
© 2008 Dell Inc. 版权所有，翻印必究。

未经 Dell Inc. 书面许可，严禁以任何形式进行复制。

本文中使用的商标：*Dell*、*DELL*徽标和*PowerEdge* 是 Dell Inc. 的商标；*Microsoft*、*Windows* 和 *Windows Server* 是 Microsoft Corporation 在美国和 / 或其它国家 / 地区的商标或注册商标。

本文件中述及的其它商标和产品名称是指拥有相应商标和名称的公司或其制造的产品。
Dell Inc. 对本公司的商标和产品名称之外的其它商标和产品名称不拥有任何专有权。

**2008 年 7 月**　　　　**P/N HM430**　　　　**Rev. A04**

本说明文件提供有关安装 Broadcom NetXtreme II 驱动程序的重要信息，同时介绍驱动程序集在不同条件下的已知限制。有关 Broadcom 驱动程序的详情，请参阅驱动程序 CD 或可下载的 Broadcom 驱动程序软件包中的 **release.txt** 文件。

本说明文件还介绍在系统上安装和启用 TCP/IP 卸载引擎 (TOE) 功能的信息，并提供有关使用 TOE 的重要信息。有关 TOE 的详情，请参阅 **support.dell.com** 上的 Power Solutions 白皮书"*Boosting Data Transfer with TCP/IP Offload Engine Technology*（使用 *TCP/IP 卸载引擎技术提速数据传输*）"。

# 在 Microsoft® Windows® 中安装 Broadcom 驱动程序

要安装 Broadcom 驱动程序软件包（NetXtreme 10.5 或更高版本以及 NetXtreme II 3.5 或更高版本），请运行 Dell™ 随该驱动程序软件包提供的 **setup.exe** 文件。 默认情况下，Broadcom 安装程序将安装所有可用的软件包功能。可以通过以下任何方法访问该 **setup.exe** 文件：

- 在系统附带的 *Broadcom Driver Installation* CD 上，该 **setup.exe** 文件位于您使用的 Microsoft Windows 版本的目录下的 **Driver_Management_Apps_Installer** 子目录中。

- 在 Common Deploy and Update (CDU) 中，Broadcom 驱动程序软件包和 **setup.exe** 均位于 *Service Mode* CD 上。

- 如果您已从 **support.dell.com** 下载了 Broadcom 驱动程序软件包，则对下载的文件进行解压缩，然后在解压目录下找到该 **setup.exe** 文件。**setup.exe** 文件是在本地系统上安装驱动程序的首选方法。但是，如果需要使用 Windows 的即插即用方法安装驱动程序，则可以从安装程序文件解压驱动程序，方法是运行 setup.exe /a 并指定解压文件的目录。

# TOE 的要求

在具有 TOE 功能的系统上使用 TOE 时需要以下硬件和软件组件：

* 基于 Broadcom NetXtreme II 的网络设备、驱动程序和控制套件软件。

    **✍ 注**：当前，Broadcom 10GbE 设备不支持 TOE。

* Microsoft Windows Server® 2003 操作系统系列（32 位或 64 位）已更新为 Service Pack 1 或更高版本。

* 另外，如果正在运行的是带有 *Service Pack 1* 的 *Microsoft Windows Server 2003*：Microsoft Windows Server 2003 可伸缩网络软件包 (SNP) 热修复程序。有关 SNP 热修复程序的详情，请参阅 Microsoft 支持网站上的知识库文章 912222。

    **✍ 注**：SNP 已包括在带有 Service Pack 2 的 Microsoft Windows Server 中。

具有 Broadcom 5708/5709 LOM 设备的 Dell™ PowerEdge™ 服务器标准配置已启用 TOE。请参阅系统说明文件以确定您的系统是否支持 TOE。

# 安装、启用和禁用 TOE

如果尚未安装，请通过运行 Broadcom 驱动程序软件包中附带的 **setup.exe** 文件来安装 Broadcom 驱动程序软件包。有关详情，请参阅本说明文件前面介绍的"Installing the Broadcom Drivers in Microsoft® Windows®"。

只有 Windows 2003 Service Pack 1 才需要 SNP 热修复程序。您可以从 Microsoft 支持网站下载该热修复程序。要开始安装，双击该热修复程序可执行文件并按照屏幕说明操作。默认情况下，一旦安装了所需的所有组件，即启用 TOE。

**✍ 注**：可以取消选择驱动程序软件包中的功能，但必须安装 Broadcom 高级控制套件 (BACS) 应用程序才能配置并控制 TOE 设置。

通过 BACS（推荐）、**netsh** 命令或通过更改注册表可禁用 TOE。有关使用 BACS 的信息，请参阅 *Dell Documentation* CD、*Broadcom Driver* CD 或 **support.dell.com** 上提供的 *Broadcom NetXtreme II* 用户指南。有关通过 **netsh** 命令和更改注册表来禁用 TOE 的详情，请参阅 **http://support.microsoft.com/kb/912222**。

如果需要关闭 Windows Server 2003 或 Windows Small Business Server 2003 中的默认 SNP 功能，则可以在 **http://support.microsoft.com/kb/948496** 上获取启用此功能的更新。

# 用于 TOE 的 Microsoft 更新

以下与 TOE 有关的问题在 Microsoft 的联机知识库网站上有介绍：

- 如果启用了接收方缩放时无法托管 TCP 连接，请参阅
  http://support.microsoft.com/kb/927695。

- 如果您在 Windows Server 2003（含 Service Pack 1）中启用接收方缩放
  和 Internet 连接共享后 TCP 通信停止，请参阅
  http://support.microsoft.com/kb/927168。

- 在启用 TCP Chimney Offload 技术后，如果在 Microsoft SQL
  Server 2005 Analysis Services 的两个实例之间同步数据库时操作停止，
  请参阅 http://support.microsoft.com/kb/947065。

- 如果应用程序连接到 Windows Server 2003 系统上的 SQL Server 时收到
  常规网络错误、通信链路故障或传输层错误，请参阅
  http://support.microsoft.com/kb/942861。

- 如果在安装 SNP 之后的关闭过程中某个运行 Windows Server 2003 的系
  统 停止响应，请参阅 http://support.microsoft.com/kb/940202。

- 如果某个系统（启用了 TOE 适配器）正在资源不足的 Windows
  Server 2003 中运行时，系统发出停止错误信息，请参阅
  http://support.microsoft.com/kb/945466。

- 如果在运行 Windows Server 2003（带 TCP Chimney Offload 网络适
  配器）的系统上某个应用程序停止响应或发出读取错误信息，请参阅
  http://support.microsoft.com/kb/947775。

- 如果在运行 Windows Server 2003（装有 IPv6）的系统上执行文件操作
  时发出停止错误信息，请参阅
  http://support.microsoft.com/kb/942088。

- 如果某个运行 Windows Server 2003（启用了 TCP Chimney 功能）
  的系统意外重新启动，然后出现停止错误信息，请参阅
  http://support.microsoft.com/kb/949234。

- 如果在使用带有 -maxtput 开关的 **sockdie** 进程时系统的内存性能
  降低，请参阅 http://support.microsoft.com/kb/918369。

- 如果系统正在运行 Windows Server 2003，并且在尝试使系统进入 S4
  系统电源状态进行休眠时系统停止响应，请参阅
  http://support.microsoft.com/kb/927622。

- 如果在安装 Windows Server 2003 SNP 后发出停止错误信息，请参阅
  http://support.microsoft.com/kb/918564。

- 如果在安装 Windows Server 2003 SNP 后某个使用 NetBT 的网络应用程序遇到问题，请参阅 http://support.microsoft.com/kb/924325。
- 如果在 Windows Server 2003 系统中为 TCP 卸载组队的网络适配器上未发生故障转移，请参阅 http://support.microsoft.com/kb/921136。
- 如果在安装 Windows Server 2003 SNP 并随后更改网络设置之后发出错误信息，请参阅 http://support.microsoft.com/kb/919948。
- 如果在安装 Windows Server 2003 SP2 或 Windows Server 2003 SNP 后遇到与网络相关的问题，请参阅 http://support.microsoft.com/kb/936594。
- 如果在 ISA Server 2006 中启用密码管理功能后用户遇到登录延迟，请参阅 http://support.microsoft.com/kb/555958。

# Windows 远程安装服务和无人值守安装

由于 Broadcom NetXtreme II 设备的体系结构比较独特，因此在与 WinRE、WinPE、PXE、RIS 和 ADS 结合使用驱动程序时，有一些新的进程注意事项。Dell 已提供专用的驱动程序来启用 Broadcom 驱动程序 软件包中所有驱动程序和应用程序的完整远程安装服务 (RIS)、WinRE、WinPE、PXE 和 ADS 安装。有关详情，请参阅 *Broadcom Driver* CD 上名为 *Best Practices for Installation of Microsoft Windows on Dell Servers with Broadcom NetXtreme Devices*（在具有 *Broadcom NetXtrem* 设备的 *Dell* 服务器上安装 *Microsoft Windows* 的最佳实践）的说明文件。

# 防火墙和 TOE

对于系统中所有启用 TOE 的 NIC，安装或激活防火墙应用程序会禁用 TOE。防火墙应用程序必须检查所有传入的数据包和帧，以实施其保护机制。此防火墙功能与 TOE 的数据包卸载操作不兼容。

# 配备 TOE 的 Windows 网桥、VPN 和路由

如果在 Windows 中启用某些网络组件（如 VPN、桥接或路由服务），默认情况下，Windows 操作系统还会启用 IP NAT 和 IPSEC 策略代理。使用这些服务时，TOE 将不能正常工作，且禁用这些服务也不足以重新启用 TOE。必须关闭 IP NAT 和 IPSEC 策略代理，TOE 方可正常工作。在命令提示符处使用以下命令来关闭 IP NAT 和 IPSEC 策略代理。

net stop accesspolicy <Enter>

net stop sharedaccess <Enter>

net stop ipnat <Enter>

Systèmes Dell™ PowerEdge™

# Installation de pilotes Broadcom NetXtreme II et du moteur TOE



# Remarques, avis et précautions

 **REMARQUE :** Une REMARQUE indique des informations importantes qui peuvent vous aider à mieux utiliser votre ordinateur.

 **AVIS :** Un AVIS vous avertit d'un risque de dommage matériel ou de perte de données et vous indique comment éviter le problème.

 **PRÉCAUTION : Une PRÉCAUTION indique un risque potentiel d'endommagement du matériel, de blessure corporelle ou de mort.**

_____

**Les informations contenues dans ce document peuvent être modifiées sans préavis.**
**© 2008 Dell Inc. Tous droits réservés.**

La reproduction de ce document de quelque manière que ce soit sans l'autorisation écrite de Dell Inc. est strictement interdite.

Marques utilisées dans ce document : *Dell*, le logo *DELL* et *PowerEdge* sont des marques de Dell Inc. ; *Microsoft*, *Windows* et *Windows Server* sont des marques ou des marques déposées de Microsoft Corporation aux États-Unis et/ou dans d'autres pays.

D'autres marques et noms de marques peuvent être utilisés dans ce document pour faire référence aux entités se réclamant de ces marques et de ces noms ou à leurs produits. Dell Inc. dénie tout intérêt propriétaire vis-à-vis des marques et des noms de marque autres que les siens.

**Juillet 2008** **N/P HM430** **Rév. A04**

Ce document contient des informations importantes concernant l'installation des pilotes Broadcom NetXtreme II et décrit les restrictions liées à ces pilotes dans certaines situations. Pour plus d'informations sur les pilotes Broadcom, reportez-vous au fichier **release.txt** fourni sur le CD d'installation correspondant ou avec le package de pilotes Broadcom téléchargeable.

Ce document contient également des informations sur l'installation et l'activation de la fonctionnalité TOE (TCP/IP Offload Engine, moteur de décentralisation TCP/IP) sur votre système ainsi que sur son utilisation. Pour plus d'informations sur la fonctionnalité TOE, reportez-vous au livre blanc Power Solutions intitulé *"Boosting Data Transfer with TCP/IP Offload Engine Technology"* (Utilisation du moteur TOE pour l'optimisation des transferts de données). Ce document est disponible sur le site **support.dell.com**.

# Installation des pilotes Broadcom sous Microsoft® Windows®

Pour installer le package de pilotes Broadcom (NetXtreme version 10.5 ou ultérieure et NetXtreme II version 3.5 ou ultérieure), exécutez le fichier **setup.exe** fourni par Dell™ avec le package. Par défaut, le programme Broadcom installe toutes les fonctions disponibles dans le package. Pour accéder au fichier **setup.exe**, vous disposez de plusieurs méthodes :

- Sur le CD *Broadcom Driver Installation* qui vous a été fourni avec le système, le fichier **setup.exe** se trouve dans **Driver_Management_Apps_Installer** , sous le répertoire correspondant à la version de Microsoft Windows que vous utilisez.

- Si vous utilisez le CD Common Deploy and Update (Mises à jour et déploiements courants), le package Broadcom et le fichier **setup.exe** se trouvent sur le CD *Service Mode*.

- Si vous avez téléchargé le package Broadcom à partir du site **support.dell.com,** décompressez-le et recherchez le fichier **setup.exe** dans le répertoire extrait. L'utilisation du fichier **setup.exe** est la méthode recommandée pour une installation locale des pilotes. Cependant, si vous devez installer les pilotes en utilisant la méthode Plug and Play de Windows, extrayez ces derniers du fichier d'installation. Pour cela, exécutez la commande `setup.exe /a` et indiquez un répertoire de destination.

# Configuration requise pour l'utilisation du moteur TOE

Pour pouvoir utiliser le moteur TOE sur un système compatible, vous devez disposer des composants matériels et logiciels suivants :

- Chipset réseau Broadcom NetXtreme II avec pilotes et suite de logiciels de gestion correspondante.

    **REMARQUE :** les périphériques Broadcom 10GbE ne prennent actuellement pas en charge la fonctionnalité TOE.

- Système d'exploitation Microsoft Windows Server® 2003 (32 bits ou 64 bits) avec Service Pack 1 ou ultérieur.

- *Élément supplémentaire requis si vous utilisez Microsoft Windows Server 2003 avec Service Pack 1 :* correctif SNP (Scalable Networking Pack) de Microsoft Windows Server 2003. Pour plus d'informations sur ce correctif, consultez l'article 912222 de la base de connaissances disponible sur le site de support technique de Microsoft.

    **REMARQUE :** SNP est déjà inclus dans Microsoft Windows Server 2003 avec Service Pack 2.

Sur les serveurs Dell™ PowerEdge™ équipés de périphériques LOM Broadcom 5708/5709, le moteur TOE est déjà activé par défaut. Pour savoir si le moteur TOE est pris en charge par votre système, consultez la documentation de ce dernier.

# Installation, activation et désactivation du moteur TOE

Pour installer le package de pilotes Broadcom (si ce n'est déjà fait), exécutez le fichier **setup.exe** qu'il contient. Reportez-vous à la section "Installation des pilotes Broadcom sous Microsoft® Windows®", au début de ce document pour plus d'informations.

Le correctif SNP n'est requis que pour Windows 2003 avec Service Pack 1. Vous pouvez télécharger celui-ci à partir du site de support technique de Microsoft. Pour commencer l'installation, double-cliquez sur le fichier exécutable du correctif et suivez les instructions à l'écran. Le moteur TOE est activé par défaut une fois tous les composants nécessaires installés.

✏️ **REMARQUE :** vous pouvez désélectionner certaines fonctions installées par le package, mais vous devez installer l'application BACS (Broadcom Advanced Control Suite) afin de pouvoir configurer et contrôler les paramètres du moteur TOE.

Vous pouvez désactiver le moteur TOE à l'aide de BACS (méthode recommandée), de la commande **netsh** ou en modifiant le registre. Pour plus d'informations sur l'utilisation de l'application BACS, consultez le document *Broadcom NetXtreme II User's Guide* (Guide d'utilisation de Broadcom NetXtreme II). Ce document est disponible sur le CD *Dell Documentation*, le CD des pilotes *Broadcom* ou sur le site **support.dell.com**. Voir **http://support.microsoft.com/kb/912222** pour plus d'informations concernant l'utilisation de la commande **netsh** et la modification du registre pour désactiver le moteur TOE.

Si vous devez désactiver les fonctionnalités SNP par défaut dans Windows Server 2003 ou Windows Small Business Server 2003, vous trouverez une mise à jour pour activer la fonction permettant de le faire sur le site **http://support.microsoft.com/kb/948496**.

# Mises à jour du moteur TOE fournies par Microsoft

Les problèmes suivants concernant TOE sont documentés sur le site Web de la base de connaissances en ligne de Microsoft :

- Si vous ne pouvez pas héberger des connexions TCP lorsque l'option de mise à l'échelle côté réception est activée, voir **http://support.microsoft.com/kb/927695**.

- Si le trafic TCP s'arrête lorsque vous activez à la fois la mise à l'échelle côté réception et le partage des connexions Internet dans Windows Server 2003 avec Service Pack 1, voir **http://support.microsoft.com/kb/927168**.

- Si la synchronisation de bases de données entre deux instances de Microsoft SQL Server 2005 Analysis Services s'arrête alors que la fonctionnalité TCP Chimney Offload est activée, voir **http://support.microsoft.com/kb/947065**.

- Si vous obtenez une erreur réseau général ou de niveau de transport, ou si le lien de communication tombe en panne, lorsqu'une application se connecte à SQL Server sur un système Windows Server 2003, voir **http://support.microsoft.com/kb/942861**.

- Si un système fonctionnant sous Windows Server 2003 arrête de répondre pendant son arrêt après l'installation de SNP, voir **http://support.microsoft.com/kb/940202**.

- Si un message d'erreur d'arrêt est émis lorsqu'un système avec un adaptateur compatible TOE fonctionne avec des ressources insuffisantes sous Windows Server 2003, voir **http://support.microsoft.com/kb/945466**.

- Si une application arrête de répondre ou si un message d'erreur de lecture est émis sur un système exécutant Windows Server 2003 disposant d'un adaptateur réseau TCP Chimney Offload, voir **http://support.microsoft.com/kb/947775**.

- Si un message d'erreur d'arrêt est émis lorsque vous effectuez une opération sur un fichier sur un système fonctionnant sous Windows Server 2003 et sur lequel IPv6 est installé, voir **http://support.microsoft.com/kb/942088**.

- Si un système fonctionnant sous Windows Server 2003 avec la fonction TCP Chimney activée redémarre brusquement suivi d'un message d'erreur d'arrêt, voir **http://support.microsoft.com/kb/949234**.

- Si vous constatez une baisse des performances de la mémoire de votre système lorsque vous utilisez le processus **sockdie** avec le commutateur – `maxtput`, voir **http://support.microsoft.com/kb/918369**.

- Si votre système fonctionnant sous Windows Server 2003 s'arrête lorsque vous essayez de l'utiliser en mode d'hibernation (état d'alimentation S4), voir **http://support.microsoft.com/kb/927622**.

- Si un message d'erreur d'arrêt est émis après l'installation du correctif SNP de Windows Server 2003, voir **http://support.microsoft.com/kb/918564**.

- Si un problème se produit avec une application réseau utilisant NetBT après avoir installé le correctif SNP de Windows Server 2003, voir **http://support.microsoft.com/kb/924325**.

- Si le basculement ne s'effectue pas sur les cartes réseau regroupées pour la décentralisation TCP sur un système Windows Server 2003, voir **http://support.microsoft.com/kb/921136**.

- Si vous obtenez un message d'erreur après avoir installé le correctif SNP de Windows Server 2003 SNP et modifié les paramètres réseau, voir **http://support.microsoft.com/kb/919948**.

- Si vous rencontrez des problèmes de réseau après avoir installé Windows Server 2003 SP2 ou le correctif SNP de Windows Server 2003, voir **http://support.microsoft.com/kb/936594**.

- Si les utilisateurs constatent des retards de connexion lorsque les fonctionnalités de gestion des mots de passe sont activées dans ISA Server 2006, voir **http://support.microsoft.com/kb/555958**.

## Installation à distance de Windows et installation sans assistance

L'architecture unique des périphériques Broadcom NetXtreme II impose la prise en compte de nouveaux processus lorsque les pilotes sont utilisés avec les fonctions WinPE, PXE, RIS et ADS. Dell fournit un pilote spécial afin de permettre l'utilisation des services RIS, WinPE, PXE et ADS pour installer tous les pilotes et applications du package de pilotes Broadcom. Pour plus d'informations, reportez-vous au document *Best Practices for Installation of Microsoft Windows on Dell Servers with Broadcom NetXtreme Devices* (Recommandations concernant l'installation de Microsoft Windows sur les serveurs Dell équipés de périphériques Broadcom NetXtreme). Ce guide se trouve sur le CD *Broadcom Driver*.

## Pare-feu et moteur TOE

L'installation ou l'activation d'un pare-feu désactive le moteur TOE sur tous les NIC du système compatibles avec cette fonctionnalité. Pour mettre en place les mécanismes de protection appropriés, un pare-feu doit examiner tous les paquets et trames entrants. La fonction de pare-feu n'est pas compatible avec la décentralisation des paquets implémentée par le moteur TOE.

## Utilisation de VPN, du routage et de ponts réseau sous Windows avec le moteur TOE

Si vous activez certains composants réseau de Windows (VPN, services de routage et pontage réseau), le système d'exploitation active également par défaut l'Agent de stratégie IPSEC et IP NAT. Or, le moteur TOE n'est pas compatible avec ces services, et leur désactivation ne suffit pas à le réactiver. Vous devez arrêter l'Agent de stratégie IPSEC et IP NAT pour que le moteur TOE fonctionne à nouveau. Pour ce faire, saisissez les commandes suivantes à la suite d'une invite de commande :

```
net stop accesspolicy <Entrée>

net stop sharedaccess <Entrée>

net stop ipnat <Entrée>
```

Dell™ PowerEdge™-Systeme

# Installation von Broadcom NetXtreme II-Treibern und TOE



# Anmerkungen, Hinweise und Vorsichtshinweise

 **ANMERKUNG:** Eine ANMERKUNG macht auf wichtige Informationen aufmerksam, die die Arbeit mit dem Computer erleichtern.

**HINWEIS:** Ein HINWEIS warnt vor möglichen Beschädigungen der Hardware oder vor Datenverlust und zeigt auf, wie derartige Probleme vermieden werden können.

**VORSICHT: Hiermit werden Sie auf eine potentiell gefährliche Situation hingewiesen, die zu Sachschäden, Verletzungen oder zum Tod von Menschen führen könnte.**

————————————

**Irrtümer und technische Änderungen vorbehalten.**
**© 2008 Dell Inc.  Alle Rechte vorbehalten.**

Die Vervielfältigung oder Wiedergabe in jeglicher Weise ohne vorherige schriftliche Genehmigung von Dell sind strengstens untersagt.

In diesem Text verwendete Marken: *Dell*, das *DELL* Logo und *PowerEdge* sind Marken von Dell Inc.; *Microsoft*, *Windows* und *Windows Server* sind Marken oder eingetragene Marken von Microsoft Corporation in den USA und/oder anderen Ländern.

Alle anderen in dieser Dokumentation genannten Marken und Handelsbezeichnungen sind Eigentum der jeweiligen Hersteller und Firmen. Dell Inc. erhebt keinen Anspruch auf Besitzrechte an Marken und Handelsbezeichnungen mit Ausnahme der eigenen.

**Juli 2008      Teilenr. HM430      Rev. A04**

Dieses Dokument enthält wichtige Informationen über die Installation von Broadcom NetXtreme II-Treibern. Außerdem sind bekannte Beschränkungen des Treibersatzes unter verschiedenen Bedingungen beschrieben. Weitere Informationen über die Broadcom-Treiber finden Sie in der Datei **release.txt** auf der Treiber-CD oder im Broadcom-Treiberpaket zum Herunterladen.

Dieses Dokument enthält außerdem Informationen über die Installation und Aktivierung der TOE-Funktion (TCP/IP Offload Engine) auf Ihrem System, und Sie erhalten wichtige Hinweise zur Verwendung von TOE. Weitere Informationen zu TOE finden Sie im Power Solutions-Whitepaper „*Boosting Data Transfer with TCP/IP Offload Engine Technology*", das Sie unter **support.dell.com** herunterladen können.

# Installation der Broadcom-Treiber unter Microsoft® Windows®

Führen Sie zur Installation des Broadcom-Treiberpakets (NetXtreme 10.5 oder höher und NetXtreme II 3.5 oder höher) die Datei **setup.exe** aus, die im Treiberpaket von Dell™ enthalten ist. Die Broadcom-Installationsprogramm installiert standardmäßig alle verfügbaren Funktionen des Pakets. Die Datei **setup.exe** kann auf eine der folgenden Weisen heruntergeladen werden:

- Auf der mit dem System gelieferten *Broadcom Driver Installation CD* befindet sich die Datei **setup.exe** im Unterverzeichnis **Driver_Management_Apps_Installer** des entsprechenden Microsoft Windows-Verzeichnisses.

- In Common Deploy and Update (CDU) befinden sich das Broadcom-Treiberpaket und die Datei **setup.exe** auf der *Service Mode*-CD.

- Wenn Sie das Broadcom-Treiberpaket von **support.dell.com** heruntergeladen haben, entpacken Sie die heruntergeladene Datei, und suchen Sie die Datei **setup.exe** im Verzeichnis mit den extrahierten Dateien. Die Installation der Treiber auf dem lokalen System sollte vorzugsweise über die Datei **setup.exe** erfolgen. Wenn Sie die Treiber jedoch mit der Windows Plug-and-Play-Methode installieren müssen, können Sie die Treiber aus der Installationsdatei extrahieren, indem Sie `setup.exe /a` ausführen und ein Verzeichnis für die extrahierten Dateien angeben.

# Anforderungen für TOE

Die folgenden Hardware- und Softwarekomponenten sind zum Einsatz von TOE auf einem TOE-fähigen System erforderlich:

- Broadcom NetXtreme II-basierte Netzwerkgeräte, Treiber und Steuerungssoftware.

   **ANMERKUNG:** TOE wird von Broadcom 10GbE-Geräten derzeit nicht unterstützt.

- Betriebssystem der Reihe Microsoft Windows Server® 2003 (32 Bit oder 64 Bit), aktualisiert auf Service Pack 1 oder höher.

- *Für Microsoft Windows Server 2003 mit Service Pack 1 wird zusätzlich benötigt:* SNP-Hotfix (Scalable Networking Pack) für Microsoft Windows Server 2003. Weitere Informationen zum SNP-Hotfix erhalten Sie im Knowledge-Base-Artikel 912222 auf der Microsoft Support-Website.

   **ANMERKUNG:** In Microsoft Windows Server 2003 mit Service Pack 2 ist SNP bereits enthalten.

Bei Dell™ PowerEdge™-Servern mit Broadcom 5708/5709-LOMs ist TOE ab Werk aktiviert. Ob Ihr System TOE unterstützt, entnehmen Sie der zugehörigen Systemdokumentation.

# Installieren, Aktivieren und Deaktivieren von TOE

Wenn noch nicht geschehen, installieren Sie das Broadcom-Treiberpaket, indem Sie die Datei **setup.exe** aus dem Broadcom-Treiberpaket ausführen. Weitere Informationen finden Sie unter „Installation der Broadcom-Treiber unter Microsoft® Windows®" weiter oben in diesem Dokument.

Der SNP-Hotfix wird nur für Windows 2003 mit Service Pack 1 benötigt. Sie können den Hotfix von der Microsoft Support-Website herunterladen. Doppelklicken Sie zur Installation zunächst auf die ausführbare Hotfix-Datei, und befolgen Sie dann die Anweisungen auf dem Bildschirm. Wenn alle erforderlichen Komponenten installiert sind, ist TOE standardmäßig aktiviert.

 **ANMERKUNG:** Sie können einzelne Merkmale des Treiberpakets deaktivieren, müssen aber die Broadcom Advanced Control Suite (BACS) installieren, um die TOE-Offload-Einstellungen konfigurieren und steuern zu können.

Die Deaktivierung von TOE erfolgt entweder über BACS (empfohlene Vorgehensweise), mit dem Befehl **netsh** oder durch Ändern der Registrierungsdatei. Informationen zur Verwendung von BACS erhalten Sie im *Benutzerhandbuch* zu *Broadcom NetXtreme II* , das sich auf der *Dell Documentation* -CD und der *Broadcom Driver*-CD befindet oder von **support.dell.com**heruntergeladen werden kann. Weitere Informationen zum Deaktivieren von TOE mithilfe des Befehls **netsh** oder über die Änderung der Registrierungsdatei finden Sie unter **http://support.microsoft.com/kb/912222**.

Wenn Sie Standardfunktionen von SNP in Windows Server 2003 oder Windows Small Business Server 2003 deaktivieren müssen, können Sie unter **http://support.microsoft.com/kb/948496** ein Upgrade herunterladen, das diese Funktion aktiviert.

# Microsoft-Aktualisierungen für TOE

Auf der Website der Microsoft Online Knowledge-Base sind die folgenden Probleme im Zusammenhang mit TOE dokumentiert:

- Wenn keine TCP-Verbindungen gehostet werden können, während Receive-Side Scaling aktiviert ist, informieren Sie sich unter **http://support.microsoft.com/kb/927695**.

- Wenn der TCP-Datenverkehr in Windows Server 2003 mit Service Pack 1, unterbrochen wird, nachdem Sie Receive-Side Scaling und Internet Connection Sharing aktiviert haben, informieren Sie sich unter **http://support.microsoft.com/kb/927168**.

- Wenn beim Synchronisieren von Datenbanken zwischen zwei Instanzen von Microsoft SQL Server 2005 Analysis Services der Vorgang angehalten wird, sobald TCP Chimney Offload Technologie aktiviert wird, informieren Sie sich unter **http://support.microsoft.com/kb/947065**.

- Wenn beim Aufbau einer Verbindung zwischen einer Anwendung und SQL Server auf einem System mit Windows Server 2003 ein allgemeiner Netzwerkfehler, Datenverbindungsfehler oder Fehler auf Transportebene gemeldet wird, informieren Sie sich unter **http://support.microsoft.com/kb/942861**.

- Wenn ein System mit Windows Server 2003 nach der Installation von SNP beim Herunterfahren nicht mehr reagiert, informieren Sie sich unter **http://support.microsoft.com/kb/940202**.

- Falls eine Stopp-Fehlermeldung ausgegeben wird, wenn ein TOE-fähiger Adapter bei knappen Ressourcen unter Windows Server 2003 betrieben wird, informieren Sie sich unter **http://support.microsoft.com/kb/945466**.

- Wenn eine Anwendung auf einem System mit Windows Server 2003 und TCP Chimney Offload-Netzwerkadapter nicht mehr reagiert oder eine Fehlermeldung ausgegeben wird, informieren Sie sich unter **http://support.microsoft.com/kb/947775**.

- Wenn auf einem System mit Windows Server 2003, auf dem IPv6 installiert ist, beim Durchführen einer Dateioperation eine Fehlermeldung ausgegeben wird, informieren Sie sich unter **http://support.microsoft.com/kb/942088**.

- Wenn ein System mit Windows Server 2003 mit aktivierter TCP Chimney-Funktion unerwartet neu startet und anschließend eine Stopp-Fehlermeldung ausgegeben wird, informieren Sie sich unter **http://support.microsoft.com/kb/949234**.

- Fall die Speicherleistung Ihres Systems beeinträchtigt wird, wenn Sie den Prozess **sockdie** mit dem Switch `-maxtput` verwenden, informieren Sie sich unter **http://support.microsoft.com/kb/918369**.

- Falls Ihr System unter Windows Server 2003 läuft und nicht mehr reagiert, wenn Sie versuchen, auf das System zuzugreifen, während es sich im System-Stromversorgungszustand S4 befindet, informieren Sie sich unter **http://support.microsoft.com/kb/927622**.

- Wenn nach der Installation von Windows Server 2003 SNP eine Stopp-Fehlermeldung ausgegeben wird, informieren Sie sich unter **http://support.microsoft.com/kb/918564**.

- Wenn nach der Installation von Windows Server 2003 SNP Probleme mit einer Netzwerkanwendung auftreten, die NetBT verwendet, informieren Sie sich unter **http://support.microsoft.com/kb/924325**.

- Wenn bei einem System mit Windows Server 2003 auf Netzwerkadaptern im Teaming-Verbund kein Failover durchgeführt wird, informieren Sie sich unter **http://support.microsoft.com/kb/921136**.

- Wenn nach der Installation von Windows Server 2003 SNP und anschließender Änderung der Netzwerkeinstellungen eine Fehlermeldung ausgegeben wird, informieren Sie sich unter **http://support.microsoft.com/kb/919948**.

- Wenn nach der Installation von Windows Server 2003 SP2 oder Windows Server 2003 SNP Probleme mit dem Netzwerk auftreten, informieren Sie sich unter **http://support.microsoft.com/kb/936594**.

- Wenn Benutzer Verzögerungen bei der Anmeldung feststellen, nachdem die Kennwortverwaltungsfunktionen von ISA Server 2006 aktiviert wurden, informieren Sie sich unter **http://support.microsoft.com/kb/555958**.

# Windows Remote Installation Services und unbeaufsichtigte Installation

Aufgrund der innovativen Architektur der Broadcom NetXtreme II-Geräte sind neue Prozesseigenschaften zu berücksichtigen, wenn die Treiber in Verbindung mit WinRE, WinPE, PXE, RIS und ADS verwendet werden. Dell stellt einen speziellen Treiber zur Verfügung, der vollständige Remote Installation Services (RIS), WinRE, WinPE, PXE und ADS-Installation aller Treiber und Anwendungen im Broadcom-Treiberpaket ermöglicht. Weitere Informationen finden Sie im Dokument *Best Practices for Installation of Microsoft Windows on Dell Servers with Broadcom NetXtreme Devices* (Best Practices für die Installation von Microsoft Windows auf Dell-Servern mit Broadcom NetXtreme-Geräten), das Sie auf der *Broadcom Driver*-CD finden.

# Firewalls und TOE

Durch Installation oder Aktivierung von Firewall-Anwendungen wird TOE für alle TOE-fähigen NICs in einem System deaktiviert. Eine Firewall-Anwendung überprüft alle eingehenden Pakete und Frames, um die entsprechenden Schutzmechanismen zu implementieren. Diese Funktion von Firewalls ist inkompatibel mit dem Packet-Offload-Betrieb von TOE.

# Windows Network Bridging, VPN und Routing mit TOE

Wenn Sie bestimmte Netzwerkkomponenten von Windows wie VPN-, Bridging- oder Routing-Dienste aktivieren, werden standardmäßig auch IP NAT und IPSEC Policy Agent aktiviert. TOE funktioniert mit diesen Diensten nicht; um TOE wieder zu aktivieren, genügt es nicht, diese Dienste zu deaktivieren. Sie müssen IP NAT und IPSEC Policy Agent beenden, bevor TOE wieder funktioniert. Führen Sie an einer Befehlszeile die folgenden Befehle aus, um IP NAT und IPSEC Policy Agent zu beenden.

```
net stop accesspolicy <Eingabetaste>

net stop sharedaccess <Eingabetaste>

net stop ipnat <Eingabetaste>
```

Dell™ PowerEdge™ システム

# Broadcom NetXtreme II のドライバと TOE のインストール



# メモ、注意、警告

**メモ**：コンピュータを使いやすくするための重要な情報を説明しています。

**注意**：ハードウェアの損傷やデータの損失の可能性を示し、その危険を回避するための方法を説明しています。

**警告：物的損害、けが、または死亡の原因となる可能性があることを示しています。**

———————————————

**本書の内容は予告なく変更されることがあります。**
**© 2008　すべての著作権は Dell Inc. にあります。**

Dell Inc. の書面による許可のない複製は、いかなる形態においても厳重に禁じられています。

本書に使用されている商標：Dell、DELL ロゴ、および PowerEdge は Dell Inc. の商標です。Microsoft、Windows、および Windows Server は 米国その他の国における Microsoft Corporation の商標または登録商標です。

本書では、必要に応じて上記以外の商標や会社名が使用されている場合がありますが、それらの商標や会社名は、一切 Dell Inc. に帰属するものではありません。

**2008 年 7 月　　　　P/N HM430　　　　Rev. A04**

本書には、Broadcom NetXtreme II のドライバのインストールに関する重要な情報が記載されています。また、ドライバセットがさまざまな条件下で受ける既知の制約についても説明しています。Broadcom ドライバの詳細については、**release.txt** ファイルを参照してください。このファイルは、ドライバの CD に収録されているか、またはウェブサイトからダウンロードできる Broadcom ドライバパッケージに含まれています。

本書では、お使いのシステムに TOE（TCP/IP オフロードエンジン）機能をインストールし、有効にする手順についても説明し、また、TOE の使い方に関する重要な情報を提供します。TOE の詳細については、**support.dell.com** で Power Solutions のホワイトペーパー「Boosting Data Transfer with TCP/IP Offload Engine Technology」（TCP/IP オフロードエンジンテクノロジを使用したデータ転送の強化）を参照してください。

# Microsoft® Windows® に Broadcom ドライバをインストールする方法

Broadcom ドライバパッケージ（NetXtreme バージョン 10.5 またはそれ以降、および NetXtreme II バージョン 3.5 またはそれ以降）をインストールするには、ドライバパッケージと共に提供されている **setup.exe** ファイルを実行します。Broadcom インストーラは、利用可能なパッケージの機能をデフォルトですべてインストールします。**setup.exe** ファイルには、次のいずれの方法でもアクセスできます。

- システムに同梱の『Broadcom Driver Installation CD』には、お使いのバージョンの Microsoft Windows のディレクトリの下にある **Driver_Management_Apps_Installer** サブディレクトリの中に **setup.exe** ファイルが入っています。

- Common Deploy and Update（CDU）の場合は、『Service Mode CD』内に Broadcom ドライバパッケージと **setup.exe** が入っています。

- Broadcom ドライバパッケージを **support.dell.com** からダウンロードした場合は、ダウンロードファイルを解凍し、解凍されたディレクトリで **setup.exe** ファイルを見つけます。ローカルシステムにドライバをインストールするには、**setup.exe** ファイルを使用する方法をお勧めします。ただし、Windows Plug and Play を使用してドライバをインストールする必要がある場合は、setup.exe /a を実行してインストーラファイルからドライバを抽出し、抽出したファイルを保存するディレクトリを指定します。

# TOE の要件

お使いの TOE 対応システムで TOE を使用するには、次のハードウェア
およびソフトウェアのコンポーネントが必要です。

- Broadcom NetXtreme II ベースのネットワークデバイス、ドライバ、
  およびコントロールスイートソフトウェア

  💾 **メモ：**現在、Broadcom 10GbE デバイスは TOE に対応していません。

- Service Pack 1 またはそれ以降にアップデートされた Microsoft
  Windows Server® 2003 OS シリーズ（32 ビットまたは 64 ビット）

- Microsoft Windows Server 2003 With Service Pack 1 を実行している
  場合に必要な追加：Microsoft Windows Server 2003 Scalable
  Networking Pack（SNP）の修正プログラム。SNP 修正プログラム
  の詳細については、Microsoft サポートサイトで 技術情報の記事
  912222 を参照してください。

  💾 **メモ：**SNP はすでに Microsoft Windows Server 2003 With Service Pack 2
  に含まれています。

Broadcom 5708/5709 LOM デバイスを備えた Dell™ PowerEdge™ サー
バーは、標準で TOE が有効になっています。お使いのシステムで TOE
がサポートされているかどうかについては、システムのマニュアルを参照
してください。

# TOE のインストール、有効化、および無効化

Broadcom ドライバパッケージをまだインストールしていない場合は、
Broadcom ドライバパッケージに含まれている **setup.exe** ファイルを実行
することによってインストールします。詳細については、前述の
「Microsoft® Windows® に Broadcom ドライバをインストールする方法」
を参照してください。

SNP 修正プログラムは Windows 2003 Service Pack 1 にのみ必要です。
修正プログラムは、Microsoft サポートサイトからダウンロードできます。
インストールを開始するには、修正プログラムの実行可能ファイルをダブ
ルクリックし、画面に表示される指示に従います。TOE は、必要なコン
ポーネントがすべてインストールされると、デフォルトで有効になり
ます。

💾 **メモ：**ドライバパッケージの諸機能は選択解除できますが、TOE の設定と
制御に必要な Broadcom Advanced Control Suite（BACS）アプリケーション
は必ずインストールしてください。

TOE は、BACS（推奨）、**netsh** コマンド、またはレジストリの変更に
よって無効にします。BACS の使い方の詳細については、『Broadcom
NetXtreme II ユーザーズガイド』を参照してください。このガイドは、
『Dell Documentation CD』および『Broadcom Driver CD』に収録されて
いるほか、**support.dell.com** からダウンロードすることもできます。
**netsh** コマンドの使い方と TOE を無効にするためのレジストリの変更の
詳細については、**http://support.microsoft.com/kb/912222** を参照してく
ださい。

Windows Server 2003 または Windows Small Business Server 2003 でデ
フォルトの SNP 機能をオフにする必要がある場合は、この機能を再度有
効にするためのアップデートを **http://support.microsoft.com/kb/948496**
から入手してください。

# Microsoft による TOE のアップデート

TOE に関する以下の問題が、Microsoft サポートオンラインのウェブサイ
トで説明されています。

- Receive Side Scaling（受信側スケーリング）が有効なときに TCP
  接続をホストできない場合は、
  **http://support.microsoft.com/kb/927695** を参照してください。

- Windows Server 2003 With Service Pack 1 で Receive Side Scaling
  とインターネット接続の共有の両方を有効にすると TCP トラフィッ
  クが停止する場合は、**http://support.microsoft.com/kb/927168** を
  参照してください。

- TCP Chimney Offload テクノロジの有効時に Microsoft SQL
  Server 2005 Analysis Services の 2 つのインスタンス間でのデータ
  ベースの同期中に処理が停止する場合は、
  **http://support.microsoft.com/kb/947065** を参照してください。

- Windows Server 2003 システム上でアプリケーションが SQL Server
  に接続する際に、一般的なネットワークエラー、通信リンクエラー、
  またはトランスポートレベルエラーが発生する場合は、
  **http://support.microsoft.com/kb/942861** を参照してください。

- Windows Server 2003 システムが、SNP のインストール後、シャッ
  トダウン中に反応しなくなる場合は、
  **http://support.microsoft.com/kb/940202** を参照してください。

- TOE が有効に設定されているアダプタを搭載した Windows Server 2003 システムで、リソース不足時に STOP エラーメッセージが表示される場合は、**http://support.microsoft.com/kb/945466** を参照してください。

- TCP Chimney Offload ネットワークアダプタを搭載した Windows Server 2003 システムで、アプリケーションが反応しなくなるか、または読み取りエラーが発生する場合は、**http://support.microsoft.com/kb/947775** を参照してください。

- IPv6 がインストールされた Windows Server 2003 システムで、ファイル操作の実行時に STOP エラーメッセージが表示される場合は、**http://support.microsoft.com/kb/942088** を参照してください。

- TCP Chimney 機能が有効に設定された Windows Server 2003 システムが、予期せずに再起動し、次に STOP エラーメッセージが表示される場合は、**http://support.microsoft.com/kb/949234** を参照してください。

- `-maxtput` スイッチと共に **sockdie** プロセスを使用するとメモリのパフォーマンスが低下する場合は、**http://support.microsoft.com/kb/918369** を参照してください。

- Windows Server 2003 システムで、休止状態にするためにシステム電源状態 S4 に切り替えようとした時に反応しなくなる場合は、**http://support.microsoft.com/kb/927622** を参照してください。

- Windows Server 2003 SNP のインストール後に STOP エラーメッセージが表示された場合は、**http://support.microsoft.com/kb/918564** を参照してください。

- Windows Server 2003 SNP のインストール後に、NetBT を使用するネットワークアプリケーションに問題が発生した場合は、**http://support.microsoft.com/kb/924325** を参照してください。

- Windows Server 2003 システムの TCP Offloading 用にチーム化されたネットワークアダプタでフェイルオーバーが実行されない場合は、**http://support.microsoft.com/kb/921136** を参照してください。

- Windows Server 2003 SNP のインストール後にネットワーク設定を変更するとエラーメッセージが表示された場合は、**http://support.microsoft.com/kb/919948** を参照してください。

- Windows Server 2003 SP2 または Windows Server 2003 SNP のインストール後にネットワーク関連の問題が発生した場合は、**http://support.microsoft.com/kb/936594** を参照してください。

- ISA Server 2006 で Password Management（パスワード管理）機能を有効に設定しているときに、ユーザーのログインに時間がかかる場合は、**http://support.microsoft.com/kb/555958** を参照してください。

# Windows リモートインストールサービスと無人インストール

Broadcom NetXtreme II デバイスのユニークなアーキテクチャのために、WinRE、WinPE、PXE、RIS および ADS との組み合わせでドライバを使用する際には、プロセス上の新しい注意点があります。デルでは、すべてのドライバとアプリケーションを、リモートインストールサービス（RIS）、WinRE、WinPE、PXE、および ADS によってインストールできる専用のドライバを Broadcom ドライバパッケージ内に用意しました。詳細については、『Broadcom Driver CD』で「Best Practices for Installation of Microsoft Windows on Dell Servers with Broadcom NetXtreme Devices」（Broadcom NetXtreme デバイスが装備された Dell サーバーに Microsoft Windows をインストールする最善手順）を参照してください。

# ファイアウォールと TOE

ファイアウォールアプリケーションをインストールするか、または有効にすると、システム内の TOE が有効に設定された NIC のすべてに関して、TOE が無効になります。ファイアウォールアプリケーションは、保護機構を機能させるために着信パケットと着信フレームのすべてを検査しなければならず、このファイアウォール機能は、TOE のパケット / オフロード操作と両立しません。

# Windows のネットワークブリッジ機能、VPN、およびルーティングと TOE

VPN、ブリッジ機能、またはルーティングサービスなど、Windows 内の特定のネットワークコンポーネントを有効にすると、Windows OS はデフォルトで、IP NAT および IPSEC Policy Agent も有効にします。TOE はこれらのサービスと共に使用できず、TOE はこれらのサービスを無効にしただけでは有効な状態に戻りません。IP NAT と IPSEC ポリシーエージェントをオフにしないと、TOE は機能しません。IP NAT と IPSEC ポリシーエージェントをオフにするには、コマンドプロンプトで以下のコマンドを実行してください。

net stop accesspolicy <Enter>

net stop sharedaccess <Enter>

net stop ipnat <Enter>

Dell™ PowerEdge™ 시스템

# Broadcom NetXtreme II 드라이버 및 TOE 설치



# 주 , 주의사항 및 주의

**주:** "주"는 컴퓨터를 보다 효율적으로 사용하는데 도움이 되는 중요 정보를 제공합니다.

**주의사항:** "주의사항"은 하드웨어의 손상 또는 데이터 유실 위험을 설명하며, 이러한 문제를 방지할 수 있는 방법을 알려줍니다.

**주의: "주의"는 재산상의 피해나 심각한 부상 또는 사망을 유발할 수 있는 위험이 있음을 나타냅니다.**

---

**본 설명서에 수록된 정보는 사전 통보 없이 변경될 수 있습니다.**
**© 2008 Dell Inc. 저작권 본사 소유.**

Dell Inc.의 사전 승인 없이 어떠한 경우에도 무단 복제하는 것을 엄격히 금합니다.

본 설명서에 사용된 상표인 *Dell, DELL* 로고 및 *PowerEdge*는 Dell Inc.의 상표이며; *Microsoft*, *Windows* 및 *Windows Server*는 미국 및 기타 국가에서 Microsoft Corporation의 상표 또는 등록 상표입니다.

본 설명서에서 특정 회사의 표시나 제품 이름을 지칭하기 위해 기타 상표나 상호를 사용할 수도 있습니다. Dell Inc.는 자사가 소유하고 있는 것 이외에 기타 모든 등록 상표 및 상표 이름에 대한 어떠한 소유권도 보유하지 않습니다.

**2008 년 7 월        P/N HM430        Rev. A04**

이 설명서에서는 Broadcom NetXtreme II 드라이버 설치 방법 및 다양한 조건에서의 드라이버 세트에 대해 알려진 제한 사항을 설명합니다. Broadcom 드라이버에 대한 자세한 내용은 드라이버 CD 또는 다운로드 가능한 Broadcom 드라이버 패키지에 있는 **release.txt** 파일을 참조하십시오.

이 문서에서는 사용자 시스템에서 TOE(TCP/IP Offload Engine) 기능을 설치 및 설정하는 방법을 소개하고 TOE를 사용하는 방법에 대한 중요한 정보를 제공합니다. TOE에 대한 자세한 내용은 **support.dell.com**에서 "*TOX(TCP/IP Offload Engine) 기술로 데이터 전송 증대*" 전원 해결책 백서를 참조하십시오.

# Microsoft® Windows® 에 Broadcom 드라이버 설치

Broadcom 드라이버 패키지(NetXtreme 버전 10.5 이상 및 NetXtreme II 버전 3.5 이상)를 설치하려면 Dell™ 에서 드라이버 패키지와 함께 제공하는 **setup.exe** 파일을 실행하십시오. Broadcom 설치 프로그램은 기본적으로 사용 가능한 모든 패키지 기능을 설치합니다. **setup.exe** 파일은 다음 방법 중 하나를 통해 액세스할 수 있습니다.

- 시스템과 함께 제공되는 *Broadcom Driver Installation* CD에서 **setup.exe** 파일은 사용 중인 Microsoft Windows 버전에 해당되는 디렉토리 아래의 **Driver_Management_Apps_Installer** 하위 디렉토리에 있습니다.

- CDU(Common Deploy and Update)에서 Broadcom 드라이버 패키지 및 **setup.exe**는 *Service Mode* CD에 있습니다.

- **support.dell.com**에서 Broadcom 드라이버 패키지를 다운로드하는 경우 다운로드한 파일의 압축을 풀고 해당 파일이 있는 디렉토리에서 **setup.exe** 파일을 찾으십시오. **setup.exe** 파일을 사용하는 것은 로컬 시스템에 드라이버를 설치할 때 기본적으로 사용되는 방법입니다. 그러나 Windows 플러그 앤 플레이 방법을 사용하여 드라이버를 설치해야 하는 경우에는 setup.exe /a를 실행하고 파일을 추출할 디렉토리를 지정하는 방법으로 설치 프로그램 파일에서 드라이버를 추출해야 합니다.

# TOE 요구 사항

TOE 가능 시스템에서 TOE를 사용하려면 다음 하드웨어 및 소프트웨어 구성 요소가 필요합니다.

- Broadcom NetXtreme II 기반 네트워킹 장치, 드라이버 및 Control Suite 소프트웨어

  📝 **주:** 현재 Broadcom 10GbE 장치는 TOE를 지원하지 않습니다.

- 서비스 팩 1 이상으로 업데이트된 Microsoft Windows Server® 2003 운영 체제 제품군(32비트 또는 64비트)

- *Microsoft Windows Server 2003 서비스 팩 1을 실행할 경우:* Microsoft Windows Server 2003 SNP(Scalable Networking Pack) 핫픽스 SNP 핫픽스에 대한 자세한 내용은 Microsoft 지원 웹 사이트에서 기술 자료 문서 912222 를 참조하십시오.

  📝 **주:** SNP는 Microsoft Windows Server 2003 서비스 팩 2에 이미 포함되어 있습니다.

Broadcom 5708/5709 LOM 장치가 장착된 Dell™ PowerEdge™ 서버는 TOE가 설정된 상태가 표준 상태입니다. 시스템의 TOE 지원 여부를 알아보려면 시스템 설명서를 참조하십시오.

# TOE 설치 , 설정 및 해제

아직 수행하지 않은 경우 Broadcom 드라이버 패키지에 포함된 **setup.exe** 파일을 실행하여 Broadcom 드라이버 패키지를 설치하십시오. 자세한 내용은 이 설명서 앞부분의 "Microsoft® Windows®에 Broadcom드라이버 설치"를 참조하십시오.

SNP 핫픽스는 Windows 2003 서비스 팩 1에만 필요합니다. Microsoft 지원 웹 사이트에서 핫픽스를 다운로드할 수 있습니다. 설치를 시작하려면 핫픽스 실행 파일을 두 번 클릭하고 화면의 지시사항을 따르십시오. 필요한 모든 구성 요소가 설치되면 TOE는 기본적으로 설정됩니다.

📝 **참고:** 드라이버 패키지 기능의 선택을 해제할 수 있지만 BACS(Broadcom Advanced Control Suite) 응용프로그램을 설치하여 TOE 설정을 구성 및 제어해야 합니다.

TOE는 BACS(권장), **netsh** 명령 또는 레지스트리를 변경하는 방법으로 해제할 수 있습니다. BACS를 사용하는 방법에 대한 자세한 내용은 *Dell Documentation* CD, *Broadcom Driver* CD 또는 **support.dell.com**의에서 *Broadcom NetXtreme II 사용 설명서*를 참조하십시오. TOE를 해제하기 위해 **netsh** 명령을 사용하거나 레지스트리를 변경하는 방법에 대한 자세한 내용은 **http://support.microsoft.com/kb/912222**를 참조하십시오.

Windows Server 2003 또는 Windows Small Business Server 2003에서 기본 SNP 기능을 해제해야 하는 경우에는 이 기능을 설정할 수 있도록 지원하는 업데이트를 **http://support.microsoft.com/kb/948496**에서 다운로드할 수 있습니다.

# TOE 와 관련된 Microsoft 업데이트

TOE와 관련된 다음 문제는 Microsoft 온라인 기술 자료 웹 사이트를 참조하십시오.

- Receive Side Scaling(수신측 배율)이 설정되어 있을 때 TCP 연결을 호스팅할 수 없는 경우 **http://support.microsoft.com/kb/927695**를 참조하십시오.

- Windows Server 2003 서비스 팩 1에서 수신측 배율 및 인터넷 연결 공유를 모두 설정한 후 TCP 트래픽이 중지될 경우 **http://support.microsoft.com/kb/927168**을 참조하십시오.

- TCP Chimney Offload 기술이 설정되어 있는 상태에서 Microsoft SQL Server 2005 Analysis Services의 두 인스턴스 간에 데이터베이스가 동기화되는 경우 작업이 중지되면 **http://support.microsoft.com/kb/947065**를 참조하십시오.

- Windows Server 2003 시스템에서 응용프로그램을 SQL Server에 연결할 때 일반 네트워크 오류, 통신 연결 오류 또는 전송 수준 오류가 발생할 경우 **http://support.microsoft.com/kb/942861**을 참조하십시오.

- SNP 설치 후 시스템 종료 중에 Windows Server 2003을 실행 중인 시스템에서 응답을 중지할 경우 **http://support.microsoft.com/kb/940202**를 참조하십시오.

- Windows Server 2003에서 TOE 가능 어댑터가 장착된 시스템이 리소스 부족 상태로 실행될 때 중지 오류 메시지가 나타날 경우 **http://support.microsoft.com/kb/945466**을 참조하십시오.

- 응용프로그램이 응답을 중지하거나 TCP Chimney Offload 네트워크 어댑터가 장착된 Windows Server 2003을 실행 중인 시스템에서 읽기 오류가 발생할 경우 http://support.microsoft.com/kb/947775를 참조하십시오.

- IPv6이 설정된 Windows Server 2003을 실행 중인 시스템에서 파일 작업을 수행할 때 중지 오류 메시지가 나타날 경우 http://support.microsoft.com/kb/942088을 참조하십시오.

- TCP Chimney 기능이 설정된 Windows Server 2003을 실행 중인 시스템이 예기치 않게 다시 시작되고 중지 오류 메시지가 나타날 경우 http://support.microsoft.com/kb/949234를 참조하십시오.

- -maxtput 스위치와 함께 **sockdie** 프로세스를 사용할 때 시스템 메모리 성능이 저하될 경우 http://support.microsoft.com/kb/918369를 참조하십시오.

- 시스템에서 Windows Server 2003을 실행 중이고 동면을 위해 시스템을 S4 시스템 전원 상태로 시작하려고 할 때 시스템이 응답을 중지할 경우 http://support.microsoft.com/kb/927622를 참조하십시오.

- Windows Server 2003 SNP를 설치한 후 중지 오류 메시지가 나타날 경우 http://support.microsoft.com/kb/918564를 참조하십시오.

- Windows Server 2003 SNP를 설치한 후 NetBT를 사용하는 네트워크 응용프로그램에 문제가 발생할 경우 http://support.microsoft.com/kb/924325를 참조하십시오.

- Windows Server 2003 시스템의 TCP 오프로드를 위해 그룹화된 네트워크 어댑터에서 페일오버가 발생하지 않는 경우 http://support.microsoft.com/kb/921136을 참조하십시오.

- Windows Server 2003 SNP를 설치하고 네트워크 설정을 변경한 후에 오류 메시지가 나타날 경우 http://support.microsoft.com/kb/919948을 참조하십시오.

- Windows Server 2003 SP2 또는 Windows Server 2003 SNP를 설치한 후에 네트워크 문제가 발생할 경우 http://support.microsoft.com/kb/936594를 참조하십시오.

- ISA Server 2006에 암호 관리 기능이 설정되어 있을 때 사용자 로그인이 지연될 경우 http://support.microsoft.com/kb/555958을 참조하십시오.

# Windows 원격 설치 서비스 및 무인 설치

Broadcom NetXtreme II 장치의 고유한 구조로 인해 WinRE, WinPE, PXE, RIS 및 ADS와 함께 드라이버를 사용할 때 고려해야 할 새로운 사항이 있습니다. Dell은 Broadcom 드라이버 패키지의 모든 드라이버 및 응용프로그램에 대한 완벽한 RIS(Remote Installation Services), WinRE, WinPE, PXE 및 ADS 설치가 가능하도록 특수 드라이버를 제공합니다. 자세한 내용은 *Broadcom Driver* CD에서 *Best Practices for Installation of Microsoft Windows on Dell Servers with Broadcom NetXtreme Devices* 문서를 참조하십시오.

# 방화벽 및 TOE

방화벽 응용프로그램을 설치 또는 활성화하면 시스템의 모든 TOE 가능 NIC에 대해 TOE가 해제됩니다. 방화벽 응용프로그램은 모든 수신 패킷 및 프레임을 검사하여 보호 절차를 실행합니다. 이 방화벽 기능은 TOE의 패킷 오프로드 방식과 호환되지 않습니다.

# Windows 네트워크 연결 , VPN 및 TOE 로 라우팅

VPN, 연결 또는 라우팅 서비스 등의 네트워킹 구성 요소를 Windows에 설정하는 경우 IP NAT 및 IPSEC Policy Agent도 기본적으로 설정됩니다. TOE는 이러한 서비스와 함께 작동하지 않으며 TOE를 다시 설정하려면 이러한 서비스를 해제하는 것 외에 추가적인 작업이 필요합니다. 즉, TOE가 작동하기 전에 IP NAT 및 IPSEC Policy Agent도 해제해야 합니다. 명령 프롬프트에서 다음 명령을 사용하여 IP NAT 및 IPSEC Policy Agent를 해제하십시오.

```
net stop accesspolicy <Enter>
net stop sharedaccess <Enter>
net stop ipnat <Enter>
```

Sistemas Dell™ PowerEdge™

# Instalación de los controladores Broadcom NetXtreme II y TOE



# Notas, avisos y precauciones

 **NOTA:** Una NOTA proporciona información importante que le ayudará a utilizar mejor el ordenador.

 **AVISO:** Un AVISO indica la posibilidad de daños en el hardware o la pérdida de datos, e informa de cómo evitar el problema.

 **PRECAUCIÓN: Un mensaje de PRECAUCIÓN indica el riesgo de daños materiales, lesiones o incluso la muerte.**

_____

**La información contenida en este documento puede modificarse sin previo aviso.**
**© 2008 Dell Inc. Todos los derechos reservados.**

Queda estrictamente prohibida la reproducción de este documento en cualquier forma sin la autorización por escrito de Dell Inc.

Marcas comerciales utilizadas en este texto: *Dell*, el logotipo de *DELL* y *PowerEdge* son marcas comerciales de Dell Inc.; *Microsoft*, *Windows* y *Windows Server* son marcas comerciales o marcas comerciales registradas de Microsoft Corporation en los Estados Unidos o en otros países.

Otras marcas y otros nombres comerciales pueden utilizarse en este documento para hacer referencia a las entidades que los poseen o a sus productos. Dell Inc. renuncia a cualquier interés sobre la propiedad de marcas y nombres comerciales que no sean los suyos.

**Julio de 2008**          **N/P HM430**          **Rev. A04**

En este documento se proporciona información importante sobre cómo instalar los controladores Broadcom NetXtreme II y se describen sus limitaciones conocidas en distintas situaciones. Para obtener más información sobre los controladores Broadcom, consulte el archivo **release.txt** incluido en el CD del controlador o en el paquete descargable del controlador Broadcom.

Este documento también contiene instrucciones sobre cómo instalar y activar la función del motor de descarga TCP/IP (TOE) en el sistema, así como información importante sobre el uso de TOE. Para obtener más información sobre TOE, consulte el documento técnico de Power Solutions *"Boosting Data Transfer with TCP/IP Offload Engine Technology"* (Aumento de la transferencia de datos con la tecnología del motor de descarga TCP/IP) en **support.dell.com**.

# Instalación de los controladores Broadcom en Microsoft® Windows®

Para instalar el paquete del controlador Broadcom (NetXtreme versión 10.5 o posterior y NetXtreme II versión 3.5 o posterior), ejecute el archivo **setup.exe** que Dell™ proporciona con dicho paquete. El programa de instalación de Broadcom instala todas las funciones del paquete disponibles de manera predeterminada. Se puede acceder al archivo **setup.exe** por medio de cualquiera de los métodos siguientes:

- En el CD *Broadcom Driver Installation* (Instalación de controladores Broadcom) suministrado con el sistema, el archivo **setup.exe** se encuentra en el subdirectorio **Driver_Management_Apps_Installer**, bajo el directorio de la versión de Microsoft Windows que se está utilizando.

- En Common Deploy and Update (Implantación y actualización comunes), el paquete del controlador Broadcom y el archivo **setup.exe** se encuentran en el CD *Service Mode* (Modo de servicio).

- Si ha descargado el paquete del controlador Broadcom desde **support.dell.com**, descomprima el archivo descargado y localice el archivo **setup.exe** en el directorio extraído. El método recomendado para instalar los controladores en un sistema local es utilizar el archivo **setup.exe**. No obstante, si necesita instalar los controladores mediante el método Plug and Play de Windows, puede extraer los controladores del archivo de instalación ejecutando `setup.exe /a` y especificando un directorio para los archivos extraídos.

# Requisitos para TOE

Para utilizar TOE en un sistema compatible con TOE se requieren los componentes de hardware y software siguientes:

- Suite de software de control, controladores y dispositivo de red basado en Broadcom NetXtreme II.

   **NOTA:** Actualmente, los dispositivos 10GbE Broadcom no admiten TOE.

- Familia de sistemas operativos Microsoft Windows Server® 2003 (de 32 bits o 64 bits) actualizados con Service Pack 1 o una versión posterior.

- *Además, si ejecuta Microsoft Windows Server 2003 con Service Pack 1*: actualización SNP (paquete para red escalable) de Microsoft Windows Server 2003. Para obtener más información sobre la actualización SNP, consulte el artículo 912222 de Knowledge Base en la página web de asistencia de Microsoft.

   **NOTA:** El SNP ya está incluido en Microsoft Windows Server 2003 con Service Pack 2.

Los servidores Dell™ PowerEdge™ con dispositivos LOM Broadcom 5708/5709 se entregan con la función TOE activada. Consulte la documentación de su sistema para saber si es compatible con TOE.

# Instalación, activación y desactivación de TOE

Si todavía no lo ha hecho, instale el paquete del controlador Broadcom ejecutando el archivo **setup.exe** incluido en el paquete del controlador Broadcom. Para obtener más información, consulte la sección anterior de este documento titulada "Instalación de los controladores Broadcom en Microsoft® Windows®".

La actualización SNP sólo es necesaria para Windows 2003 con Service Pack 1. Puede descargar dicha actualización de la página web de asistencia de Microsoft. Para comenzar la instalación, haga doble clic en el archivo ejecutable de la actualización y siga las instrucciones que aparecen en la pantalla. TOE se activa de manera predeterminada una vez instalados todos los componentes necesarios.

 **NOTA:** Las funciones del paquete del controlador se pueden deseleccionar, pero debe instalar la aplicación Broadcom Advanced Control Suite (BACS) para configurar y controlar los valores de TOE.

TOE se desactiva mediante BACS (recomendado), mediante el comando **netsh** o a través de un cambio del registro. Para obtener información sobre cómo utilizar BACS, consulte la guía del usuario de Broadcom NetXtreme II disponible en el CD de documentación de Dell, en el CD del controlador Broadcom o en **support.dell.com**. Visite **http://support.microsoft.com/kb/912222** para obtener más información sobre el uso del comando **netsh** y los cambios del registro para desactivar TOE.

Si necesita desactivar funciones predeterminadas del SNP en Windows Server 2003 o Windows Small Business Server 2003, puede descargar una actualización para ello desde **http://support.microsoft.com/kb/948496**.

# Actualizaciones de Microsoft para TOE

En la página web de Knowledge Base de Microsoft están documentados los problemas siguientes relativos a TOE:

- Si no puede alojar conexiones TCP cuando la opción **Receive Side Scaling** (Ajuste de escala en lado de recepción) está activada, vaya a **http://support.microsoft.com/kb/927695**.
- Si el tráfico TCP se detiene después de activar las opciones **Receive Side Scaling** (Ajuste de escala en lado de recepción) e **Internet Connection Sharing** (Conexión compartida a Internet) en Windows Server 2003 con Service Pack 1, vaya a **http://support.microsoft.com/kb/927168**.
- Si se detiene el funcionamiento al sincronizar bases de datos entre dos instancias de Microsoft SQL Server 2005 Analysis Services cuando está activada la tecnología TCP Chimney Offload, vaya a **http://support.microsoft.com/kb/947065**.
- Si se produce un error de red general, un error de enlace de comunicación o un error de nivel de transporte cuando una aplicación se conecta a SQL Server en un sistema Windows Server 2003, vaya a **http://support.microsoft.com/kb/942861**.
- Si un sistema que ejecuta Windows Server 2003 no responde durante el apagado tras instalar el SNP, vaya a **http://support.microsoft.com/kb/940202**.
- Si se emite un mensaje de error de detención cuando un sistema con un adaptador habilitado para TOE se ejecuta en condiciones de recursos escasos en Windows Server 2003, vaya a **http://support.microsoft.com/kb/945466**.

- Si una aplicación no responde o se emite un error de lectura en un sistema que ejecuta Windows Server 2003 con un adaptador de red TCP Chimney Offload, vaya a **http://support.microsoft.com/kb/947775**.

- Si se emite un mensaje de error de detención al realizar una operación con archivos en un sistema que ejecuta Windows Server 2003 con IPv6 instalado, vaya a **http://support.microsoft.com/kb/942088**.

- Si un sistema que ejecuta Windows Server 2003 con la función TCP Chimney activada se reinicia de forma inesperada y a continuación aparece un mensaje de error de detención, vaya a **http://support.microsoft.com/kb/949234**.

- Si el sistema experimenta un rendimiento reducido de la memoria al utilizar el proceso **sockdie** con el conmutador −maxtput, vaya a **http://support.microsoft.com/kb/918369**.

- Si el sistema ejecuta Windows Server 2003 y no responde al intentar que entre en el estado de alimentación del sistema S4 para la hibernación, vaya a **http://support.microsoft.com/kb/927622**.

- Si se emite un mensaje de error de detención tras instalar el SNP de Windows Server 2003, vaya a **http://support.microsoft.com/kb/918564**.

- Si tiene un problema con una aplicación de red que utiliza NetBT tras instalar el SNP de Windows Server 2003, vaya a **http://support.microsoft.com/kb/924325**.

- Si no se produce la sustitución tras error en adaptadores de red agrupados para la descarga TCP en un sistema Windows Server 2003, vaya a **http://support.microsoft.com/kb/921136**.

- Si se emite un mensaje de error tras instalar el SNP de Windows Server 2003 y cambiar la configuración de la red, vaya a **http://support.microsoft.com/kb/919948**.

- Si experimenta problemas con la red tras instalar Windows Server 2003 SP2 o el SNP de Windows Server 2003, vaya a **http://support.microsoft.com/kb/936594**.

- Si se produce una demora en los inicios de sesión cuando están activadas las funciones de administración de contraseñas en ISA Server 2006, vaya a **http://support.microsoft.com/kb/555958**.

# Servicios de instalación remota de Windows e instalación desatendida

Debido a la arquitectura única de los dispositivos Broadcom NetXtreme II, existen nuevas consideraciones sobre el proceso que deben tenerse en cuenta al utilizar los controladores junto con WinRE, WinPE, PXE, RIS y ADS. Dell ha proporcionado un controlador especializado para permitir la instalación completa de los servicios de instalación remota (RIS), WinRE, WinPE, PXE y ADS para todos los controladores y aplicaciones del paquete del controlador Broadcom. Para obtener más información, consulte el documento *Best Practices for Installation of Microsoft Windows on Dell Servers with Broadcom NetXtreme Devices* (Recomendaciones para la instalación de Microsoft Windows en servidores Dell con dispositivos Broadcom NetXtreme) incluido en el CD del controlador Broadcom.

# Servidores de seguridad y TOE

La instalación o activación de aplicaciones de servidor de seguridad desactiva la función TOE en todas las NIC habilitadas para TOE de un sistema. Una aplicación de servidor de seguridad debe examinar todos los paquetes y tramas entrantes para implementar sus mecanismos de protección. Esta función del servidor de seguridad es incompatible con la operación de descarga de paquetes de TOE.

# Puentes, VPN y enrutamiento en la red de Windows con TOE

Si se activan determinados componentes de red en Windows, como los puentes, la VPN o los servicios de enrutamiento, el sistema operativo Windows también activa el agente de directivas IPSEC e IP NAT de forma predeterminada. TOE no funcionará con estos servicios, y para que vuelva a funcionar no basta con volver a activar TOE, sino que es preciso desactivar el agente de directivas IPSEC e IP NAT. Para desactivar el agente de directivas IPSEC e IP NAT, ejecute en un indicador de comandos los comandos que se indican a continuación.

```
net stop accesspolicy <Intro>

net stop sharedaccess <Intro>

net stop ipnat <Intro>
```