**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:                                                Chapter \_\_\_

              Debtor.               Case No. \_\_\_ -_____ (\_\_\_\_\_)
                                                     Responses due by:
                                                     Hearing Date:

### **NOTICE OF OBJECTION TO CLAIM**

TO:         [Claim Holder and Counsel, if any].

     The [objector] has filed the [title of Objection] (Docket No. [\_\_]) which seeks to alter your rights by [describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.] because [state reason for Objection to that particular claim holder].

        You are required to file a response to the Objection on or before _____.

        At the same time, you must also serve a copy of the response upon [objector's] attorney:

        [Address of objector counsel]

        HEARING ON THE OBJECTION WILL BE HELD ON _____.

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

                                                                        BY: _____
                                                                            [Counsel for the objector]

_____
Date

**Local Form 113**