# Test Opinion