Restricted Opinion