**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 13-12329 (CSS) |
| FBI WIND DOWN, INC. (f/k/a | ) | |
| Furniture Brands International, | ) | |
| Inc.), *et al.*, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| FBI WIND DOWN, INC. | ) | |
| LIQUIDATING TRUST, by and through | ) | |
| Alan Halperin, as Liquidating Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No.: 15-51324 (CSS) |
| | ) | |
| CAREERS USA, INC. a/k/a | ) | |
| CAREERSUSA, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons and to the extent set forth in the Court's opinion dated April 17, 2020, it is hereby ordered that Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [Adv. D.I. 68] filed on July 30, 2018 is **Denied** as follows:

1. Summary judgment is denied as to whether the Transfers were preferential under Section 547.

2. Summary judgment is denied as to the lack of fraudulent transfers under Section 548.

    3.      Summary judgment is denied regarding the ordinary course of business, contemporaneous exchange for new value, subsequent new value, and mere conduit defenses.

It is further ordered that Plaintiff's Cross-Motion for Summary Judgment [Adv. D.I. 69] filed on August 13, 2018 is **Granted, in part, and Denied, in part** as follows:

    1.      Summary judgment is granted, in part, as to whether Transactions were preferential under Section 547 excluding Transactions on August 21, 2013, August 23, 2013, and August 30, 2013, for which factual issues remain and summary judgment is denied.

    2.      Partial summary judgment as to whether Transfers were for less than reasonably equivalent under Section 548 is denied.

    3.      Summary judgment is denied with respect to the ordinary course defense as there are unresolved questions of fact.

    4.      Summary judgment is granted as to the contemporaneous exchange for new value defense, excluding those Transfers made after August 15, 2013, for which factual issues remain and summary judgment is denied.

    5.      Summary judgment is denied as to the subsequent new value defense for which factual issues remain.

6. Summary judgment is denied as to recovery under Section 550 and well as to disallowance, objection, and setoff of the claim under Section 502(d) and the Plan.

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge

Date: April 17, 2020