## **TEST DOCUMENT**