This is a test.